■ FIRST FEDERAL SAVINGS & LOAN, Respondent, v CAROL A. NIZNIK, Appellant. [617 NYS2d 662] —Motion for extension of time to perfect appeal denied. Same Memorandum as in *Niznik v Galas* (207 AD2d 1036 [decided herewith]). Present— Green, J. P., Balio, Lawton, Callahan and Doerr, JJ.

■ ANDREA M. GIANNINY, Appellant, v MARK R. GIAN-NINY, Respondent. [617 NYS2d 686] —Motion for extension of time to perfect appeal granted. Memorandum: Because there is an automatic stay in place under the Bankruptcy Law *(see,* 11 USC § 362), the appeal cannot be dismissed for failure to perfect. Present—Green, J. P., Balio, Lawton, Fallon and Callahan, JJ.

■ In the Matter of CALVIN JONES, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of Department of Correctional Services, Respondent. [617 NYS2d 704] —Motion to extend time to take appeal denied. Memorandum: A timely notice of appeal is a jurisdictional prerequisite, and the time to take an appeal cannot be extended when the notice of appeal was neither timely filed nor served *(see,* CPLR 5514 [c]; 5520 [a]; *see also, Pollack v Port Morris Bank,* 257 NY 287). Present— Green, J. P., Pine, Doerr, Davis and Boehm, JJ.

■ LOREN'S AVIATION SERVICES, INC., Respondent, v ROBERT M. WEICHERT, Appellant. [617 NYS2d 704] —Motion to consolidate appeals denied, and appeal from order entered June 23, 1994 dismissed without costs. Memorandum: Defendant's motion to consolidate the appeals is denied. Moreover, no appeal lies from an order denying a motion for reargument *(see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). Present— Pine, J. P., Wesley, Callahan, Doerr and Davis, JJ.

■ CHARLES W. TERMINI, Appellant, v TRONOLONE & SURGALLA, P. C., et al., Respondents, et al., Defendants. [617 NYS2d 684] —Motion to strike brief granted and motion to dismiss appeal denied. Memorandum: The motion to dismiss is unnecessary. The brief of plaintiff is stricken because he failed to comply with the May 23, 1994 order of this Court. Pursuant to that order, the appeal is dismissed. Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.